(115 So. 419)
## WHITZELL v. STATE.   (7 Div. 384.)

Court of Appeals of Alabama.   Feb. 14, 1928.

John B. Isbell, of Ft. Payne, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

RICE, J.   The evidence was all to the effect that the offense for which appellant was convicted was committed in De Kalb county in the state of Alabama.   This being true, it was immaterial in the case as to what, if any, action was taken against the defendant by the Georgia authorities, in the state of Georgia.

We find no error in the rulings of the trial court, as shown by the bill of exceptions, or in the record, and the judgment is affirmed.
Affirmed.